# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EQUITY RESIDENTIAL MANAGEMENT, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 15-CV-6104 ODW-PJWx |
| PAULINE HUNTER, CHRISTOPHER HUNTER, DOES 1 to 10 inclusive  DEFENDANT(S) | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                                           United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:

_____    _____
Date                                           United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:
  - ☐ DISMISSED.
  - ☒ REMANDED.

8-19-15                                    [signature]
_____    _____
Date                                           United States District Judge